# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 15-1008-JLS (RNB)**                              Date: **June 23, 2015**

Title: **Harout Bagdasaryan, et al. v. City of Los Angeles**
================================================================

**DOCKET ENTRY**
================================================================
PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
   None Present                                                None Present

**PROCEEDINGS:  (IN CHAMBERS)**

**Defendant's Motion to Dismiss First Amended Complaint, or in the Alternative for More Definite Statement (D.E. #9)**

The Court notes that plaintiffs' Second Amended Complaint, filed herein on June 19, 2015, does not include a proof of service page, as required by Local Rule 5.3.1. Plaintiffs are ordered to rectify this oversight by immediately filing a proof of service evidencing their service of the Second Amended Complaint on counsel for defendant City of Los Angeles.

Since it appears to the Court that the Second Amended Complaint rectifies at least some of the pleading deficiencies raised by defendant in its Motion to Dismiss plaintiffs' First Amended Complaint, the Court deems defendant's pending Motion to Dismiss to now be moot. If defendant believes that the Second Amended Complaint still suffers from pleading deficiencies, defendant will need to file another Motion to Dismiss that specifically is directed to the factual allegations and claims alleged in the Second Amended Complaint.

Defendant is ordered to respond to the Second Amended Complaint within 21 days of the service thereof.


cc:    Judge Staton

MINUTES FORM 11                                                    Initials of Deputy Clerk    klh
CIVIL-GEN