# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAROUT BAGDASARYAN, MASIS BAGDASARYAN, <br><br>　　　　Plaintiffs, <br>　　vs. <br><br>CITY OF LOS ANGELES and Does 1-10, <br><br>　　　　Defendants. | CASE NO.: CV15-1008-JLS (KES) <br>Honorable Josephine L. Staton, United States District Judge and Honorable Karen E. Scott, United States Magistrate Judge <br><br>**JUDGMENT** |

1

1 Judgment is entered in favor of Defendant the City of Los Angeles, and against Plaintiffs Masis Bagdasaryan and Harout Bagdasaryan, on Plaintiffs' First Cause of Action (Substantive Due Process), Second Cause of Action (Procedural Due Process), Fourth Cause of Action (Abuse of Process), Fifth Causes of Action (Elder Abuse), and Sixth Cause of Action (Intentional Infliction of Emotional Distress).

Pursuant to Federal Rule of Civil Procedure 68, judgment is entered in favor of Plaintiffs Masis Bagdasaryan and Harout Bagdasaryan, and against Defendant the City of Los Angeles, on Plaintiffs' Third Cause of Action (California Public Records Act) as alleged in the Third Amended Complaint, in the total amount of Ten Thousand Dollars ($10,000.00), which includes all costs of suit in this action, and reasonable attorneys' fees, if any, recoverable under California Government Code § 6259.  As Plaintiffs agreed that Defendant City of Los Angeles produced, during the above-entitled action, all documents responsive to Plaintiffs' California Public Records Act Cause of Action as alleged in the Third Amended Complaint, there is no injunctive or declaratory relief that Plaintiffs can obtain under California Government Code § 6258. This judgment concerning the California Public Records Act Cause of Action does not constitute an admission of liability by or on behalf of Defendant City of Los Angeles, which expressly denies any and all liability to Plaintiffs in any amount.  This judgment is also not an admission that Plaintiffs have sustained any damages on the California Public Records Act Cause of Action.

Dated: August 12, 2020

_____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRIC JUDGE